**Order entered December 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00610-CV

### DONALD L. WISE, Appellant

### V.

### VONDA LEA MITCHELL, Appellee

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03556-2**

## ORDER

We **GRANT** appellee's November 30, 2015 motion for permission to file a supplemental

brief. We **ORDER** the supplemental brief tendered to this Court by appellee on November 30,

2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE